## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL DAVID HERNANDEZ,<br>　　Petitioner | : | Civil No. 3:16-cv-513 |
| | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| WARDEN ODDO,<br>　　Respondent | : | |

### ORDER

**AND NOW,** this 25th day of May, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of Arizona.

2. The Clerk of Court is further directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　　／s／ Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　United States District Judge